# THE STATE OF TEXAS
# MANDATE

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/30/2015 10:57:43 AM
CATHY S. LUSK
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO THE 349TH DISTRICT COURT OF HOUSTON COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 14th day of January, 2015, the cause upon appeal to revise or reverse your judgment between

## ALFRED LEE STONE, Appellant

## NO. 12-14-00364-CV; Trial Court No. 14-0076

By *per curiam* opinion.

## SGT. ALLEN BASKIN, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed as frivolous**; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 27th day of March, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk



**CHIEF JUSTICE**
**JAMES T. WORTHEN**

**JUSTICES**
**BRIAN HOYLE**
**GREG NEELEY**

**TWELFTH COURT OF APPEALS**

15 MAR 30 AH 9: 55

CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

BY_____
_____DEPUTY

March 27, 2015

Ms. Carolyn Rains
District Clerk
Houston County
P. O. Box 1186
Crockett, TX 75835
* DELIVERED VIA E-MAIL *

**RE:**    Case Number:              12-14-00364-CV
        Trial Court Case Number:   14-0076

**Style:**  Alfred Lee Stone
        v.
        Sgt. Allen Baskin

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

C  Alfred Lee Stone
C  Hon. Ken Paxton Jr. (DELIVERED VIA E-MAIL)
:

Mandate executed on ___30___ day of ___March___, 2015.

Brief explanation of action taken: _dismissed as frivolous_

_____Roxan Taylor_____  District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us